Submit by Email

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVSION

HARDIN COUNTY SAVINGS BANK, WALWORTH )
STATE BANK, EITZEN STATE BANK, et al )
         Plaintiff, ) No. C 08-00-38 LRR
          )
    vs. )
          ) JUDGMENT IN A CIVIL CASE
CITY OF BRAINERD, et al. )
          )
         Defendant )
.

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

THAT plaintiff take nothing and that this action is dismissed.
Counts I, VI, IX, XIII, XVI and XXI are dismissed with prejudice. Counts II, III, IV, V, VII, VIII, X, XI, XII, XVII, XVIII, XIX, XX, XXII, XXIII and XXIV are dismissed without prejudice.

Dated: September 18, 2008         ROBERT L. PHELPS
                                        Clerk

                                          *Dianne Eveland*
                                          (By) Clerk